ROMAN OTKUPMAN, CSBN 249423
roman@olfla.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
28632 Roadside Drive, Suite 203
Agoura Hills, CA 91301
Telephone: 818. 293.5623
Facsimile: 818.850.1310

Attorney for Plaintiff
Paul Duran

Lisa B. Sween (State Bar No. 191155)
Gabriel N. Rubin (State Bar No. 241659)
Julie Y. Zong (State Bar No. 309804)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Gabriel.Rubin@jacksonlewis.com
E-mail: Julie.Zong@jacksonlewis.com

Attorneys for Defendant
OTO DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DURAN, an individual<br><br>       Plaintiff,<br><br>   v.<br><br>OTO DEVELOPMENT, LLC, a Delaware Limited Liability Company and DOES 1 Through 100, inclusive.<br><br>       Defendants. | Case No. 3:19-cv-02266-TSH<br><br>[~~Proposed~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br><br>Complaint Filed:   March 19, 2019<br>Complaint Served: March 28, 2019<br>Removal Filed:     April 25, 2019<br>Trial Date:        None set |

The Joint Stipulation for Dismissal with Prejudice submitted by Plaintiff, PAUL DURAN and Defendant, OTO DEVELOPMENT, LLC is approved. IT IS ORDERED THAT: the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(ii); and the Parties are

1

1  to bear their own costs and attorneys' fees.

Dated: August 18, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge